IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FILED

SEP 20 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 16-30110-SMY ) |
| WILLIAM V. HAWKINS, JERRY L. LEBLANC, and ANGELA C. HAWKINS, | ) Title 18, United States Code, Sections ) 922(u), 922(g)(1), and 2. ) ) |
| Defendants. | ) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

#### STEALING A FIREARM FROM A FEDERAL FIREARMS LICENSEE

On or about August 9, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

**WILLIAM V. HAWKINS,**

aided and abetted by

**JERRY L. LEBLANC, and
ANGELA C. HAWKINS**

defendants herein, did steal or unlawfully take or carry away from the premises of Gander Mountain, a federal firearms licensee, the following firearm: a Colt, model AR-15A4, 5.56 caliber rifle, bearing serial number CAR013054, which had been shipped or transported in interstate or foreign commerce. All in violation of Title 18 United States Code, Section 922(u) and 2.

## COUNT 2

### POSSESSION OF A FIREARM BY A FELON

On or about August 9, 2016, in St. Clair County, Illinois, within the Southern District of Illinois,

**WILLIAM V. HAWKINS,**

defendant herein, who has been convicted of a felony offense, Driving While Intoxicated/Persistent Offender, in the 34th Judicial Circuit Court of Madrid County, Missouri, Case Number 15-CR-363, on June 9, 2015, did knowingly possess in or affecting commerce, the firearm as described in Count 1. All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

FOREPERSON

DANIEL T. KAPSAK
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: Detention

2